UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

INTERNATIONAL UNION OF POLICE
ASSOCIATIONS, AFL-CIO, JONATHAN
WASHER,

                Plaintiffs,

-vs-                                    Case No.  2:10-cv-415-FtM-29SPC

LEE COUNTY SHERIFF'S OFFICE, SHERIFF
MICHAEL SCOTT,

                Defendants.
_____

**ORDER**

      This matter comes before the Court on Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint (Doc. #27) filed on December 6, 2010. Plaintiffs are seeking leave to file a Second Amended Complaint.

      Under Rule 15(a), a party may amend the party's pleading as a matter of course before being served with a responsive pleading or up to twenty-one (21) days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar. Fed. R. Civ. P. 15(a)(1). Otherwise, the Party must seek leave of court or written consent of the adverse party in order to amend the pleading. Fed. R. Civ. P. 15(a)(2). "The decision whether to grant leave to amend a complaint is within the sole discretion of the district court." Laurie v. Alabama Court of Criminal Appeals, 256 F.3d 1266, 1274 (11th Cir. 2001). However, pursuant to Fed. R. Civ. P. 15(a), timely motions for leave to amend are held to a very liberal standard and leave to amend should be freely

given when justice so requires. <u>Senger Brothers Nursery, Inc. v. E.I. Dupont De Nemours & Company</u>, 184 F.R.D. 674, 678 (M.D. Fla 1999).

The deadline previously set in this case to amend pleadings and add parties was December 6, 2010. Thus, Plaintiffs' Motion is timely and Defendant has no objections. Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

(1)     Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint (Doc. #27) is **GRANTED**. The Clerk of the Court is directed to file, under separate docket entry, the Second Amended Complaint attached to the instant Motion as "Exhibit 1," with the Court.

(2)     Defendant's Motion to Dismiss (Doc. #15) is **DENIED as moot.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___13th___ day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record